## Levene *v.* Lanard, Appellant.

Argued January 12, 1938. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN and STERN, JJ.

*George H. Detweiler,* for appellant.

*Philip Werner Amram,* with him *Lawrence Potamkin, Peter P. Zion* and *Wolf, Block, Schorr & Solis–Cohen,* for appellee.

PER CURIAM, March 21, 1938:

We are not convinced that the Superior Court erred in affirming the judgment of the Municipal Court.

Judgment affirmed.